LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 735-1500
Attorney for Debtor
Nevada State Bar no. 5970

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
* * * * * *

In re:                                )    BANKRUPTCY NUMBER:
                                      )    BK-S-09-30236-MKN
VAN HUYNH                             )    CHAPTER 13
                                      )
                                      )
           Debtor(s).                 )    Date:  OST PENDING
                                      )    Time:  OST PENDING

## MOTION TO REINSTATE AUTOMATIC STAY RE: SECURED CREDITOR WELLS FARGO TO PROHIBIT SALE AND REINSTATE THE AUTOMATIC STAY

Comes now, the Debtors, above-named, by and through their attorney, RANDOLPH H. GOLDBERG, ESQ., moves this Court for an order approving the Motion to Reinstate the Automatic Stay re: Secured Creditor WELLS FARGO to prohibit sale, as set forth in the points and authorities attached hereto.

DATED this ____ day of _____, 2010.

                              LAW OFFICES OF
                              RANDOLPH H. GOLDBERG

                              By_/s/Randolph H. Goldberg/s/_
                              RANDOLPH H. GOLDBERG, ESQ.
                              4000 S. Eastern Avenue, Suite 200
                              Las Vegas, Nevada 89119
                              Attorney for Debtor

-1-

## POINTS AND AUTHORITIES

11 U.S.C. Sec. 362(a) states as follows:

> (a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303, of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970 (15 U.S.C. 78 eee(a)(3), operates as a stay, applicable to all entities, of -
> (1) the commencement or continuation, including the issuance or employment of process, of judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;....

## STATEMENT OF FACTS

A Motion for Relief from Automatic Stay was filed by Deutsche bank and set for hearing on November 4, 2010. The debtor has been making the house payments since the bankruptcy has been filed Prior to the hearing Ms. Huynh gave copies of the proof of payments to Mr. Goldberg's office and those were in turn faxed to Gregory Wilde's office. The debtors through their attorney have been working on a resolution and putting the stay back in place. To this date there is no resolution. Mr. Wilde has postponed the sale so that the problem can be resolved.

An entered order lifting the automatic stay was signed by the court on December 23, 2010. This order should have never been entered. The debtor is current on all post petition payments with regards to the house and prays the court reinstate the automatic stay in this case.

-2-

WHEREFORE debtors' respectfully request that any pending sale be canceled.

THAT the stay provided under Chapter 13 of the Bankruptcy Code be reinstated and the Order Granting the Motion for Relief from Automatic Stay be vacated.

DATED this_____day of_____, 2011.

                                              Respectfully submitted,

By_/s/Randolph Goldberg/s/__
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern, Suite 200
Las Vegas, Nevada 89119
Attorney for Debtor



**TIFFANY & BOSCO** P.A.

Gregory L. Wilde
Attorney at Law
702-258-8200

Offices in:
Las Vegas, Nevada
Phoenix, Arizona

February 18, 2011

VIA USPS and FASCIMILE
Adam Parmelee
4000 South Eastern Ave. #200
Las Vegas, NV 89119
Fax No. (702) 735-0505

RE:    Wells Fargo Bank v. Huyhn
        BK# 09-30236-mkn

Dear Adam:

    Out of professional courtesy, the first available date for the Trustee's sale will take place after March 5, 2011. It's been over 2 months since we've received relief from stay and we still have not seen a Motion to Reinstate. My client is planning on crying the sale unless ordered otherwise.

Should you have any questions, please do not hesitate to contact our office.

Sincerely,
Tiffany & Bosco, PA

*Gregory L. Wilde*

Gregory L. Wilde, Esq.
Attorney for Secured Creditor
(dictated but not read)
GW / jm

www.tblaw.com

212 South Jones Boulevard
Las Vegas, Nevada 89107

702.258.8200 Phone
702.258.8787 Fax

# CHASE 🅞

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

April 17, 2010 through May 18, 2010

Account Number: ███████████

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-788-7000** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00016365 DRE 703 210 13910 - NNNNN  1  000000000  32 0000
VAN T HUYNH
5855 VALLEY DR UNIT 2002
NORTH LAS VEGAS NV 89031-3631



## CHECKING SUMMARY
Chase Free Extra Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $2,139.38 |
| Deposits and Additions | 3,174.78 |
| Checks Paid | - 3,410.07 |
| ATM & Debit Card Withdrawals | - 1,472.85 |
| Electronic Withdrawals | - 374.76 |
| **Ending Balance** | **$56.48** |

This message confirms that you have overdraft protection on your checking account.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 2172 | 04/20 | $1,184.67 |
| 2173 | 04/30 | 109.15 |
| 2174 ^ | 04/30 | 157.00 |
| 2175 ^ | 04/30 | 75.00 |
| 2176 | 05/05 | 29.58 |
| 2177 ^ | 05/10 | 500.00 |
| 2178 ^ | 05/10 | 170.00 |
| 2179 | 05/14 | 1,184.67 |
| **Total Checks Paid** | | **$3,410.07** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.



April 17, 2010 through May 18, 2010

Account Number:

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:    **Step 1 Balance:** $_____
2. List and total all deposits & additions   not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                                   **Step 2 Total:** $_____

3. Add Step 2 Total to Step 1 Balance.                                             **Step 3 Total:** $_____
4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                                   **Step 4 Total:** -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING LENDER    JPMorgan Chase Bank, N.A. Member FDIC





JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

May 19, ~~2010 through June 16, 2010~~
Account Number: ~~████~~

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00016574 DRE 703 210 16810 - NNNNN 1 000000000 32 0000
VAN T HUYNH
5855 VALLEY DR UNIT 2002
NORTH LAS VEGAS NV 89031-3631



## HELP CHASE MAKE A DIFFERENCE IN YOUR COMMUNITY

Your votes will help determine which 200 local charities share $5 million in donations from Chase. Get involved at Facebook.com/ChaseCommunityGiving.

## CHECKING SUMMARY  Chase Free Extra Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$56.48** |
| Deposits and Additions | 3,191.29 |
| Checks Paid | - 1,735.90 |
| ATM & Debit Card Withdrawals | - 590.20 |
| Electronic Withdrawals | - 375.89 |
| Fees and Other Withdrawals | - 541.00 |
| **Ending Balance** | **$4.78** |

This message confirms that you have overdraft protection on your checking account.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 2180 ^ | 06/01 | $100.00 |
| 2181 ^ | 06/02 | 100.00 |
| 2182 ^ | 06/02 | 157.00 |
| 2183 | 06/02 | 116.00 |
| 2184 ^ | 06/02 | 50.65 |
| 2185 | 06/15 | 27.58 |
| 2186 | 06/14 | 1,184.67 |
| **Total Checks Paid** | | **$1,735.90** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.



# CHASE

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

July 20, 2010 through August 17, 2010
Account Number: ███████████

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-788-7000 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00020378 DRE 703 210 23010 - NNNNN  1  000000000  32 0000
VAN T HUYNH
5855 VALLEY DR UNIT 2002
NORTH LAS VEGAS NV 89031-3631



## CHECKING SUMMARY   Chase Free Extra Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $496.07 |
| Deposits and Additions | 3,019.02 |
| Checks Paid | - 1,502.67 |
| ATM & Debit Card Withdrawals | - 795.96 |
| Electronic Withdrawals | - 585.67 |
| Fees and Other Withdrawals | - 541.00 |
| **Ending Balance** | **$89.79** |

This message confirms that you have overdraft protection on your checking account.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 2195 | 07/23 | $1,184.67 |
| 2196 | 08/10 | 126.00 |
| 2197 | 08/11 | 32.00 |
| 2198 ^ | 08/16 | 160.00 |
| **Total Checks Paid** | | **$1,502.67** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.



Check #2205, dated 9/14/10, pay to Americas Servicing Co., amount: eleven hundred eighty-four and 07/100 ($1184.07). Memo: 1102070057.



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

August 18, 2010 through September 17, 2010
Account Number: ███████████

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-788-7000** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00005727 DRE 703 210 26110 - NNNNN  1 000000000 32 0000
VAN T HUYNH
5855 VALLEY DR UNIT 2002
NORTH LAS VEGAS NV 89031-3631



The California State Controller may soon issue Registered Warrants to pay certain State obligations. For more information about the Registered Warrants and our policies and conditions for accepting them, please go to www.chase.com/CAWarrants.

## CHECKING SUMMARY | Chase Free Extra Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $89.79 |
| Deposits and Additions | 4,336.59 |
| Checks Paid | - 1,747.67 |
| ATM & Debit Card Withdrawals | - 1,641.86 |
| Electronic Withdrawals | - 231.24 |
| Fees and Other Withdrawals | - 596.00 |
| **Ending Balance** | **$209.61** |

This message confirms that you have overdraft protection on your checking account.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 2200 | 09/13 | $32.00 |
| 2201 | 09/13 | 126.00 |
| 2202 ^ | 09/13 | 105.00 |
| 2203 ^ | 09/08 | 300.00 |
| 2205 * | 09/17 | 1,184.67 |
| **Total Checks Paid** | | **$1,747.67** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

