```
THE LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Avenue
Suite 200
Las Vegas, Nevada 89119
(702) 735-1500
Attorney for Debtor
Nevada State Bar no. 5970
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:  )   BANKRUPTCY NUMBER:
VAN HUYNH  )   BK-S-09-30236-MKN
  )   Chapter 13
  )
  )
       Debtor.  )   Date: OST PENDING
_____)   Time: OST PENDING

### AMENDED EX PARTE MOTION FOR ORDER SHORTENING TIME

Comes now, the Debtor above-named, by and through his attorney, Randolph H. Goldberg, Esq., and moves this Court for an Order Shortening Time in which to hear the MOTION TO REINSTATE AUTOMATIC STAY RE: SECURED CREDITOR WELLS FARGO TO PROHIBIT SALE, AND TO REINSTATE AUTOMATIC STAY in this case.

This Motion is made and based upon the papers and pleadings on file herein and upon the Affidavit of Randolph H. Goldberg, Esq. attached hereto.

DATED this 25th day of FEBRUARY, 2011.

```
                    THE LAW OFFICE OF
                    RANDOLPH H. GOLDBERG, ESQ.

                    By /s/RANDOLPH H. GOLDBERG, ESQ. /s/
                    RANDOLPH H. GOLDBERG, ESQ.
                    4000 S. EASTERN AVENUE, STE. 200
                    LAS VEGAS, NV 89119
                    Attorney for Debtor
```

## AFFIDAVIT OF RANDOLPH H. GOLDBERG, ESQ.

STATE OF NEVADA     )
                    ss:
COUNTY OF CLARK     )

RANDOLPH H. GOLDBERG, ESQ., being first duly sworn, deposes and says:

1. That he is the attorney of record in the above-captioned matter and is licensed to practice law in the State of Nevada.

2. That he is competent to testify to the matters related herein to the best of his own knowledge and belief.

3. That your affiant believes this to be an urgent matter in that the debtors' time frame in which to file this Motion due to the fact that the creditor issued a sale date on the residence can be set for anytime after march 5, 2011.

Therefore, your affiant requests that the Court enter its order shortening time in which to hear the MOTION TO REINSTATE AUTOMATIC STAY RE: SECURED CREDITOR WELLS FARGO TO PROHIBIT SALE, AND TO REINSTATE AUTOMATIC STAY.

/s/ Randolph Goldberg Esq.
RANDOLPH H. GOLDBERG, ESQ.

SWORN TO AND SUBSCRIBED BEFORE ME this 25th day of February, 2011

/s/ Adam Parmelee
NOTARY PUBLIC in and for the County of Clark, State of Nevada
My Commission expires April 21, 2012.